DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VICTORIA GRAEF,** as Trustee of the **ERNESTO GRAEF LIVING TRUST, DTD 6/8/2010,** and **EXCLUSIVE MILLWORK, INC.,** a Florida corporation,
Appellants,

v.

**LUIS GRAEF,** individually, **DEBORAH ASIN,** individually, and **EXCLUSIVE TRIM, INC.,** a Florida corporation,
Appellees.

No. 4D22-1055

[July 13, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack Tuter, Judge; L.T. Case No. CACE15009186.

Randall Burks and Robin I. Bresky of Schwartz Sladkus Reich Greenberg Atlas LLP, Boca Raton, and Roger Slade, Rebecca N. Casamayor and Steven W. Davis of Haber Law, P.A., Miami, for appellants.

Jack J. Aiello and Lawrence G. Horsburgh of Gunster, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and LEVINE, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***